AO 106A  (08/18)  Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania ▾

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Christopher Pecci<br>DOB 2/6/1991<br>FBI# 381879HD8 | )<br>)<br>)<br>)<br>)<br>)  Case No.  24-313 |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ Eastern _____ District of _____ Pennsylvania _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC  § 922 (u) | Theft of a firearm from a Federal Firearms Licensee |
| 18 USC § 922 (j) | Possession of a Stolen Firearm |
| 18 USC § 371 | Conspiracy |

The application is based on these facts:

See Affadavit of Probable Cause

☐ Continued on the attached sheet.

☑ Delayed notice of __30__ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
/s/ Kevin Leicht
*Applicant's  signature*

_____
ATF SA Kevin Leicht
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

_____ Telephone _____ *(specify reliable electronic means).*

Date:  __02/22/2024__

_____
s/ José R. Arteaga
*Judge's signature*

City and state:  Philadelphia, PA

_____
Hon. José R. Arteaga, U.S. Magistrate Judge
*Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means          ❒ Original          ❒ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania ▾

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br>Christopher Pecci<br>DOB 2/6/1991<br>FBI # 38179HDS | )<br>)<br>)  Case No.  24-mj-313<br>)<br>)<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Eastern_____ District of _____Pennsylvania_____ *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before _____March 6, 2024_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ❒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Duty Magistrate_____ .
*(United States Magistrate Judge)*

❒ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

❒ for __30__ days *(not to exceed 30)*   ❒ until, the facts justifying, the later specific date of _____ .

Date and time issued:    02/22/2024 10:36 am                          s/ José R. Arteaga
                                                                    *Judge's signature*

City and state:   Philadelphia, PA                      Hon. José R. Arteaga, U.S. Magistrate Judge
                                                           *Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>  24-mj-313 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

| **Certification** |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date:  _____

_____
*Executing officer's signature*

_____
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br>Buccal Swabs from<br>Christopher PECCI,<br>FBI#: 381879HD8; DOB: 2/6/1991 | Case No. 24-mj-313 |

### AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Kevin Leicht, being first duly sworn, hereby depose and state as follows:

1.      I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant authorizing the search and seizure of Christopher PECCI ("C. PECCI"), as described in Attachment A, to obtain from C. PECCI buccal cavity swabs to submit them for a comparative DNA analysis, as described in Attachment B.

2.      I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been since January 31, 2021. Prior to joining the ATF, I was employed as a Border Patrol Agent with the United States Border Patrol for approximately three years. I am currently assigned to ATF Philadelphia Firearms Trafficking Task Force and am charged with conducting investigations into individuals and groups that are engaged in the diversion of firearms into the illegal firearms market. I have participated in numerous investigations regarding violations of federal firearm statutes. During the course of these investigations, I have reviewed and analyzed recorded conversations and debriefed witnesses, including cooperating witnesses and confidential sources.

1

3.     The information contained in this affidavit is either known to me personally, was relayed to me by other law enforcement officers, or was relayed to me by individuals assisting law enforcement officers. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date asserted.

**PROBABLE CAUSE**

4.     Between January 12, 2023, and March 6, 2023, the Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF) has been investigating a series of Federal Firearms Licensee (FFL) burglaries. The burglary locations include Limerick Hardware Company, a Federal Firearms Licensee, located at 712 West Ridge Pike, Limerick, Pennsylvania 19468; Shoot Angry Inc., a Federal Firearms Licensee, located at 1 Park Lane, Douglassville, Pennsylvania 19518; Backwoods Outfitters, a Federal Firearms Licensee, located at 2421 Ironville Pike, Columbia, Pennsylvania 17512; Straight Shooters, a Federal Firearms Licensee, located at 1463 Gravel Pike, Perkiomenville, Pennsylvania 18074; an attempted burglary at Cro-Arms Guns and Ammo, a Federal Firearms Licensee, located at 959 Memorial Highway, Oley, Pennsylvania; and an attempted burglary at The Sportsman's Shop, a Federal Firearms Licensee, located at 1214 Main Street, East Earl, Pennsylvania 17519. In total, twenty-five firearms have been stolen between five burglaries.

5.     On January 12, 2023, at 10:45 p.m. (EST), Officers from the Limerick Township Police Department were dispatched to Limerick Hardware Company, 712 West Ride Pike, Limerick, Pennsylvania 19468, for a security alarm activation. Officers responded to the alarm activation and arrived at approximately 10:50 p.m. Officers located an unsecured door located at

2

the greenhouse entrance, near the front door of the building. Officers then observed the firearm display case in the main building of Limerick Hardware Company was smashed and later learned that six firearms had been stolen from the case.

6.     Through the investigation we were able to determine the following set of facts. Prior to the burglary, one suspect arrived at Limerick Hardware Company. The suspect appeared to be wearing a black mask, dark colored zip-up jacket with white stripes halfway down the sleeves, tan pants, and gloves. The suspect was also carrying a dark colored backpack. The suspect gained access into the building by crawling through a greenhouse window. The suspect then pulled an object appearing to be a hammer out of his backpack. Once inside the greenhouse, the suspect gained access to the main building. After gaining access to the main building, the suspect used the hammer to smash the firearm display case. The suspect took six firearms before quickly fleeing the building and taking the hammer with him.

7.     Investigators were able to obtain Nest doorbell camera footage from 13 Montella Circle, Pottstown, Pennsylvania 19464. This residence is located approximately 450 feet northwest of Limerick Hardware Company, located at 712 West Ridge Pike, Limerick, Pennsylvania 19468. Upon reviewing the footage, on January 12, 2023, at approximately 10:28 p.m., a vehicle that appeared to be a white or light-colored minivan arrived and parked across the street from 11 Montella Circle, Pottstown, Pennsylvania 19464.



8.     On January 12, 2023, at approximately 10:31 p.m., a person is seen walking in front of 12 Montella Circle, Pottstown, Pennsylvania 19468, heading in the direction of Limerick Hardware Company, pictured below;



9.      On January 12, 2023, at approximately 10:43 p.m. a person is seen walking in front of 12 Montella Circle, Pottstown, Pennsylvania, Pennsylvania 19468, heading from the direction of Limerick Hardware Company back to the vehicle, pictured below;



10.     The person subsequently gets in the vehicle, pulls into the driveway of 11 Montella Circle, Pottstown, Pennsylvania 19468 to turn around and drives west bound on Montella Circle.

11.     On January 15, 2023, at approximately 4:47 a.m. (EST), Amity Township Police Department responded to Shoot Angry Inc., a Federal Firearms Licensee, located at 1 Park Lane, Douglassville, Pennsylvania 19518, for the report of a general burglary alarm. When Officers arrived, they observed a smashed window on the front door and a partially broken window to the left of the front door. Officers created a perimeter and ultimately cleared the building. The business owner arrived on scene and did not initially notice whether any firearms had been

5

stolen. A review of the surveillance footage showed that the suspect stole one rifle before immediately fleeing the scene. The suspect was seen on surveillance footage utilizing what appeared to be a crowbar, wearing a dark colored zip-up hoodie, light colored pants, gloves, a headlamp and a backpack with the word "Davita" on the back of it. Investigators learned that Davita is a health care company specializing in providing care for patients in early stages of kidney disease and dialysis treatment. No suspect vehicle was observed.

12.     On January 19, 2023, a Central Berks Regional Police Department Detective received a phone call from a manager of Cro-Arms, a Federal Firearms Licensee, located at 959 Memorial Highway, Oley, Pennsylvania 19547. The manager stated that it looked like an attempt was made to enter the store some time overnight. The surveillance footage from the store showed that at approximately 7:20 a.m. (EST), a suspect attempted to enter the store. The surveillance video showed the suspect temporarily took off his mask before he fled. The suspect appeared to be a white male, approximately 6'0" to 6'3" tall, slim build. The suspect was wearing a black balaclava style mask underneath a distinct green mask, a dark colored zip-up jacket with stripes halfway down the sleeves, tan pants, and gloves. No suspect vehicle was observed. A photo of the suspect is below;



13.     On January 29, 2023, at approximately 2:54 a.m. (EST), West Hempfield
Township Police Department Officers were dispatched to Backwoods Outfitters, a Federal
Firearms Licensee, located at 2421 Ironville Pike, Columbia, Pennsylvania 17512, for a report of
an alarm. Officers secured the building and located a "Fox Tactical" backpack inside the store
along with a hole in the ceiling tiles. The backpack contained an item that appeared to be an ice
pick and a receipt dated January 10, 2023, at 6:55 p.m. (EST). The receipt was for the Pottstown
Army Navy store located at 229 East High Street, Pottstown, Pennsylvania 19464 and was for
$95.80. Detectives later learned that one rifle and one handgun had been stolen. Backwoods
Outfitters did not have surveillance footage from the night of the burglary.

7

14.     On February 1, 2023, at approximately 10:00 a.m. (EST), a Detective with the West Hempfield Police Department went to the Army & Navy store located at 229 East High Street, Pottstown, Pennsylvania 19464. The Detective spoke with the owners of the store and requested any documentation regarding the transaction on January 10, 2023, at 6:55 p.m. (EST). The owners stated they were very familiar with the customer of that particular transaction because that customer frequents the store, and they caught him attempting to steal clothing sometime in December of 2022. The owners stated that during the January 10, 2023, transaction, the customer was with a female he called his fiancé, The owners stated this customer was in their store on January 24, 2023, where he made a purchase from the store. The owners were able to locate surveillance footage of the customer from the purchase on January 24, 2023 and identified him as the same customer that made the purchase on January 10, 2023.

15.     Investigators believe the individual in the surveillance footage from Pottstown Army Navy to be Alexander John PECCI, date of birth March 30, 1994. PECCI's fiancé is believed to be Gabriella Dorotia Maldonado, date of birth July 20, 1995. Both PECCI and Ms. Maldonado have the same last known address of 131 South Charlotte Street, Pottstown, Pennsylvania 19464, the Subject Address. This address is less than a half mile away from the Army Navy store located at 229 East High Street, Pottstown, Pennsylvania 19464.

16.     A query through the Pennsylvania Justice Network, Department of Labor and Industry employment history, showed Ms. Maldonado collected an income from "Renal Treatment Centers Mid Atlantic Inc.," during the first quarter of 2021 through the fourth quarter of 2021.  Renal Treatment Centers Mid Atlantic Inc.'s business name is Davita. Additionally, a query through the Pennsylvania Justice Network, Department of Labor and Industry employment history, showed that Debbie Pecci, Alexander PECCI's mother, collected an income from "Renal

8

Treatment Centers Mid Atlantic Inc.," the first quarter of 2021 through the fourth quarter of 2022.

      17.     On February 1, 2023, at approximately 11:49 p.m. (EST), Pennsylvania State Police Troopers from the Skippack Barracks received a call from the owner of Straight Shooters, a Federal Firearms Licensee, located at 1463 Gravel Pike, Perkiomenville, Pennsylvania 18074, who stated that the window to the front door of his business had been smashed, the alarm was activated, and he believed someone may still inside the store. Troopers observed a broken display case and would later learn that nine firearms were stolen.

      18.     Surveillance footage revealed that at approximately 11:15 p.m. (EST), the suspect vehicle pulls into the parking lot of Straight Shooters and backs into a parking space in front of the business. The suspect gets out of the driver seat of the vehicle and then uses an object to break the glass of the front door. The suspect is described as a male wearing a hoodie, approximately 6'0" to 6'3" tall. While the suspect is in the store, an individual can be seen moving around inside the front seat area of the suspect vehicle. Additionally, during that time, a light can be seen glowing from inside the suspect vehicle, potentially a cellular phone. The suspect inside the store ran to the firearm display case and smashed the top of the display case using a hammer. The suspect took several handguns and one rifle and fled the building. The suspect put the firearms into the driver's side rear door, ran around to the passenger side of the vehicle and got into the front passenger seat. The vehicle then fled the scene. The vehicle appears to be a dark colored sedan, pictured below;



19.     On February 3, 2023, at approximately 10:50 a.m., investigators observed a
vehicle matching the description of the getaway vehicle from the Straight Shooters burglary
parked and unattended in front of 131 South Charlotte Street, Pottstown, Pennsylvania 19464.
The vehicle was a dark purple, 2017 Ford Fusion bearing Pennsylvania registration KFX2767,
registered to Robert & Evelyn Blauser (PECCI's grandparents), at 131 South Charlotte Street,
Pottstown, Pennsylvania 19464. Over the course of the investigation, Christopher PECCI was
frequently observed utilizing this vehicle. Below is a photograph from February 10, 2023, at
approximately 4:00 p.m., of Christopher PECCI exiting 131 South Charlotte Street, Pottstown,
Pennsylvania 19464, entering the Ford Fusion bearing Pennsylvania registration KFX2767, and
driving away.



20.     On February 9, 2023, at approximately 1:00 p.m., a Detective from the Central

Berks Regional Police Department went to the Pottstown Army Navy store located at 229 East

High Street, Pottstown, Pennsylvania 19464. The Detective was able to find the same distinct

green mask utilized in the attempted burglary of Cro-Arms Guns & Ammo, located at 959

Memorial Highway, Oley, Pennsylvania 19547. The mask is described as an "Extreme Cold

Weather" mask, pictured below;



21.     On February 18, 2023, at approximately 4:37 a.m. (EST), West Hempfield

Township Police Department Officers were dispatched to Backwoods Outfitters, a Federal

Firearms Licensee, located at 2421 Ironville Pike, Columbia, Pennsylvania 17512, for report of

an alarm. Officers secured the building and noticed a firearm's display case had been smashed.

Officers observed and recovered a hatchet in the broken display case. Officers also recovered a

black and gray glove from the parking lot. Detectives later learned that six pistols and one rifle

had been stolen. Backwoods Outfitters did not have surveillance footage from the night of the

burglary.

22.     On February 18, 2023, at approximately 2:02 p.m., Officers were notified of a jogger that came into Backwoods Outfitters stating she found a pistol and a pry bar on the side of the road not far from the Backwoods Outfitters. Investigators conducted a larger search of the area and located other evidentiary items lying along the roadway. Investigators located and recovered an additional firearm that was stolen from Backwoods Outfitters, a wooden dowel used to hold the firearm in the display case at Backwoods Outfitters, a metal punch, a .40 caliber magazine, and a black drawstring bag. In total, the suspect(s) got away with five of the seven stolen firearms.

23.     While Officers were collecting the evidence, Officers were approached by the homeowner of 425 Cassanna Drive, Columbia, Pennsylvania 17512. The homeowner told officers that his ring camera picked up headlights of a vehicle pulling into the intersection of Cassanna Drive and Ironville Pike in Columbia, Pennsylvania. Investigators were unable to determine a make and model of the vehicle. The video had a time stamp of 3:36 a.m. to 3:46 a.m.

24.     The ATF obtained Alexander PECCI's most recent arrest report from the Pennsylvania State Police, dated September 28, 2022. On the arrest report, (484) 792-1441 is listed as PECCI's cell phone number. A Pennsylvania Secure Docket Sheet Pre-Sentence Summary for PECCI displays his mobile phone number as (484) 792-1441. A query of (484) 792-1441 in an open-source law enforcement database shows "Alex J Pecci" as the potential owner.

25.     On February 17, 2023, the ATF obtained and served a search warrant for cellular tower data, also referred to as a Tower Dump, to AT&T, Cellco d.b.a. Verizon, and T-Mobile for the locations of each of the four Federal Firearms Licensee burglaries and one attempted burglary. On February 27, 2023, the ATF received Tower Dump results from Cellco d.b.a.

13

Verizon in reference to the four Federal Firearms Licensee burglaries and one attempted

burglary. An analysis of those records showed the following: On January 19, 2023, the suspect of

the attempted burglary of Cro-Arms Guns & Ammo was first seen on the business' surveillance

footage at approximately 7:20 a.m. On January 19, 2023, between 6:59 a.m. and 7:53 a.m., the

subject phone (484-792-1441) pinged off a cell phone tower that covers the vicinity of Cro-Arms

Guns & Ammo, located at 959 Memorial Highway, Oley, Pennsylvania 19547. Two of the phone

contacts the subject phone (484-792-1441) received in the above time frame were from phone

number (484) 986-5263. A query of (484) 956-5263 in an open-source database shows Debbie

Pecci or Christopher PECCI as a potential owner. The other three phone contacts the subject

phone (484-792-1441) received in the above time frame were from phone number (717) 875-

6355. A query of (717) 875-6355 in an open-source database shows Gabriella Maldonado as a

potential owner. On March 10, 2023, after conducting a federal search warrant at 131 South

Charlotte Street, Pottstown, Pennsylvania, investigators conducted non-custodial interviews of

Debbie Pecci and Gabriella Maldonado. Debbie Pecci stated the following phone number

belonged to her, (484) 986-5263. Gabriella Maldonado stated the following phone number

belonged to her, (717) 875-6355.

26.     On March 6, 2023, at approximately 4:27 a.m., Officers from the East Earl

Township Police Department were dispatched to a security alarm at The Sportsman's Shop, a

Federal Firearms Licensee, located at 1214 Main Street, East Earl, Pennsylvania 17519. At

approximately 4:34 a.m., East Earl Officers arrived on scene and noticed the ductwork to the

building appeared to be tampered with. No firearms were reported stolen on this occasion.

Officers recovered a backpack from inside the ductwork of the building. Inside the backpack,

Officers recovered a carpenter's pencil, two power tool Milwaukee batteries, a tool resembling

an ice pick, gloves, and an H&K, Model P30, 9mm pistol, bearing serial number 129-046583.



   27.  A record check of the H&K P30 bearing serial number 129-046583, showed the

firearm was one of the firearms stolen from Backwoods Outfitters on February 18, 2023. A

review of surveillance footage showed the suspect wearing tan pants, tan boots, and a

camouflage-colored jacket with a hood. The suspect is also seen holding something in their hand

up to their face that provides a green back light on the suspect's face, potentially a cell phone or

handheld electronic communication device, pictured below;





28.    The suspect vehicle is a light-colored minivan, pictured below;





29.    On March 6, 2023, at approximately 11:00 a.m., Officers from East Earl

Township Police Department received a phone call from a Parts Manager at M.H. EBY Inc., a

17

truck manufacturing company, located at 1194 Main Street, Blue Ball, Pennsylvania 17506

(adjacent to The Sportsman's Shop, the Federal Firearms License located at 1214 Main Street,

East Earl, Pennsylvania 17519). The Parts Manager advised the Officers that they had four

catalytic converters stolen from their property overnight.

30.     Investigators reviewed footage from a fixed surveillance camera that shows the

front entrance of 131 South Charlotte Street, Pottstown, Pennsylvania 19464. Investigators

observed the following:

    a.     On March 6, 2023, at approximately 6:29 a.m., (approximately 1.5 hours

    after the attempted burglary at The Sportsman's Shop) a white mini van, known

    previously to investigators to be registered to Debbie Pecci at 131 South Charlotte Street,

    Pottstown, Pennsylvania 19464, drives into frame and parks outside of the residence.



b.      On March 6, 2023, at approximately 6:31 a.m., a white male exits the driver seat of the mini van, known previously to investigators to be Christopher PECCI. Christopher PECCI is wearing a black hoodie with tan pants. Christopher PECCI then walks to the front door of 131 South Charlotte Street, Pottstown, Pennsylvania 19464, stops and turns around to face the white mini van.



c.      On March 6, 2023, at approximately 6:32 a.m., someone is observed exiting the front passenger seat of the white mini-van. The individual then runs towards Christopher PECCI carrying something in his hands, potentially a catalytic converter and both individuals enter 131 South Charlotte Street, Pottstown, Pennsylvania 19464.

19



31.     On March 9, 2023, Special Agent Kevin Leicht obtained a federal search and
seizure warrant signed by the Honorable David R. Strawbridge in the Eastern District of
Pennsylvania for Alexander PECCI and Christopher PECCI's residence, located at 131 South
Charlotte Street, Pottstown, Pennsylvania 19454.

32.     On March 10, 2023, The Bureau of Alcohol, Tobacco, Firearms & Explosives
Firearms Trafficking Task Force executed a federal search and seizure warrant at 131 South
Charlotte Street, Pottstown, Pennsylvania 19454.

33.     Alexander PECCI was arrested and taken into custody on Pennsylvania state
charges of 18 § 3502 §§ A4 (Burglary) and 18 § 3503 §§ A1 (Criminal Trespass), in relation to

the attempted burglary of Cro-Arms Guns & Ammo on January 19, 2023. Alexander PECCI provided Agents with the combination to the safe in the basement that contained narcotics. Alexander PECCI was transported to the Central Berks Regional Police Department station for processing. Christopher PECCI was located hiding in a bedroom closet and arrested on an outstanding bench warrant and transported to the Pottstown Borough Police Department station.

34.     Investigators recovered multiple stolen firearms from the basement of 131 South Charlotte Street, Pottstown, Pennsylvania, to include:

a.   A Polytechnologies, M-14S, .308 caliber rifle, bearing serial number 13545, stolen on February 1, 2023, from Straight Shooters, an FFL, located at 1463 Gravel Pike, Perkiomenville, Pennsylvania.

b.   A Century Arms, M72, 7.62x39 caliber rifle, bearing serial number M7201813, stolen on January 29, 2023, from Backwoods Outfitters, an FFL, located at 2421 Ironville Pike, Columbia, Pennsylvania.

c.   A Ruger, Precision Rimfire, 17 HMR caliber rifle, bearing serial number 841-97888, stolen on January 15, 2023, from Shoot Angry Inc., an FFL, located at 1 Park Lane, Lower Level, Douglassville, Pennsylvania.

d.   Anderson, AM-15, Multi caliber rifle, bearing serial number 21369838., stolen on February 18, 2023, from Backwoods Outfitters, an FFL, located at 2421 Ironville Pike, Columbia, Pennsylvania.

35.     Investigators also recovered clothing matching the description of the suspect from the burglaries to include the black hoodie with white stripes halfway down the sleeve, multiple camouflage jackets, various pairs of gloves, tools and firearm accessories.

## INTERVIEW OF ALEXANDER PECCI

36.     On March 10, 2023, at approximately 8:30 a.m., Investigators read Alexander
PECCI his Miranda rights and conducted a custodial interview at Central Berks Regional Police
Department, located at 2147 Perkiomen Avenue, Reading, Pennsylvania. Alexander PECCI
admitted to being a drug user. Alexander PECCI admitted to burglarizing Federal Firearms
Licensees across multiple Pennsylvania counties to include Limerick Hardware Company, Shoot
Angry Inc, Backwoods Outfitters on two occasions, and Straight Shooters. Alexander PECCI
also admitted to the attempted Federal Firearms Licensee burglaries of Cro-Arms Guns & Ammo
and The Sportsman's Shop. Alexander PECCI stated he stole multiple firearms between the
burglaries and admitted to leaving certain items behind at each scene.

37.     Alexander PECCI stated that he sold and/or traded the handguns he stole for
drugs to two drug dealers in Pottstown, Pennsylvania who go by "Six" and "Rock." Alexander
PECCI stated he sold/traded approximately 10 handguns to "Six" and approximately 4 handguns
to "Rock." Alexander PECCI stated that in his phone, investigators would find text messages
conversations he had with "Six" and "Rock." Alexander PECCI stated "Six" and "Rock"
frequently change their phone numbers. Alexander PECCI also stated that "Six" was using
Christopher PECCI to commit forgeries.

38.     Agents later learned from multiple law enforcement agencies that Kameer
CRYOR, date of birth April 24, 1996, is a well-known drug dealer in the Pottstown area that
goes by the name of "Six." Other law enforcement agencies, with active investigations involving
CRYOR, provided Agents with the following last known phone number for Kameer CRYOR
a.k.a "Six", (267) 366-4367.

## INTERVIEW OF GABRIELLA MALDONADO

39.     On March 10, 2023, while serving a federal search warrant at 131 South Charlotte Street, Pottstown, Pennsylvania 19464, Agents spoke with Gabriella Maldonado, Alexander PECCI's fiancé. Ms. Maldonado stated that she knew Alexander PECCI and Christopher PECCI had meth, heroin and fentanyl in packets in the basement of the residence. Ms. Maldonado also stated that Alexander PECCI had multiple firearms in the basement, including in a safe. Ms. Maldonado stated she believed all the firearms belonged to Alexander PECCI. Ms. Maldonado stated there may be a pistol in a crawlspace of the residence which she believed belonged to Christopher PECCI. Ms. Maldonado stated that A. PECCI had given this pistol to Christopher PECCI. Agents did not find any pistols in the crawlspaces of the residence.

## INTERVIEW OF DEBBIE PECCI

40.     On March 10, 2023, while serving a federal search warrant at 131 South Charlotte Street, Pottstown, Pennsylvania 19464, Agents spoke with Debbie Pecci, Alexander and Christopher PECCI's mother. Ms. Pecci stated that nobody lives in the basement but both of her sons access it regularly. Ms. Pecci stated neither she, nor her father own any firearms. Ms. Pecci stated she was unaware whether Christopher or Alexander own firearms but if they do, she had never seen them. When Agents first entered the basement, they observed multiple firearms in plain view.

41.     Ms. Pecci stated she drives a maroon, 2017 Ford Fusion (bearing Pennsylvania registration KFX2767, registered to Robert Blauser at 131 S. Charlotte St., Pottstown, PA). Ms. Pecci stated that Alexander PECCI, Gabriella Maldonado and Christopher PECCI occasionally drive the vehicle as well. Agents have observed Christopher PECCI operating the 2017 Ford

23

Fusion bearing Pennsylvania registration KFX2767 on multiple occasions via physical surveillance and remote video surveillance.

### CONSENT SEARCH OF A MAROON, 2017 FORD FUSION BEARING PENNSYLVANIA REGISTRATION KFX2767

42.     On March 10, 2023, while serving a federal search warrant at 131 South Charlotte Street, Pottstown, Pennsylvania 19464, Agents obtained consent from Robert Blauser to search the vehicle registered to him, a maroon, 2017 Ford Fusion bearing Pennsylvania registration KFX2767. In the trunk of the vehicle, Agents recovered a dark blue Samsung smart phone, with an unknown serial number, IMEI: 359619103512723, adjacent to a dark colored zip-up jacket with stripes halfway down the sleeves, which matches the suspect clothing in some of the burglaries, and an empty box of .300 blackout caliber ammunition, pictured below;





**SEARCH WARRANT OF ALEXANDER PECCI'S PHONE (484-792-1441)**

43.      On March 10, 2023, at approximately 7:20 a.m., Alexander PECCI was arrested and Agents seized his phone after a search incident to arrest. Agents applied for and were granted a federal search warrant for Alexander PECCI's phone by the Honorable Scott W. Reid on April 3, 2023. Agents made a digital copy of the data found on the phone. Agents found various conversations in Alexander PECCI's phone with Kameer CRYOR a.k.a. "Six." Below is a sample of those conversations:

a.      On February 19, 2023, from approximately 10:39 a.m. to 5:30 p.m., Alexander PECCI (484-792-1441) has the following exchange of text messages with Kameer CRYOR a.k.a "Six" (267-366-4367).

A. PECCI: Yo bro it's Chris's little brother what's good

25

A. PECCI: Yo bro I'm back from the range
CRYOR: Wya
CRYOR: You got the fn for 5 ?
CRYOR: Come on bro I be buying a lot
CRYOR: One on bro
CRYOR: Come
A. PECCI: I got you for 5 and some ice and

b.    On February 22, 2023, at approximately 9:55 a.m., Alexander PECCI

(484-792-1441) has the following exchange of text messages with phone number

(424) 469-6344.

(424) 469-6344: Yo bro this 6
(424) 469-6344: Tell ya brother Chris to call me
(424) 469-6344: Please I got the bank shit lines up for him
(424) 469-6344: Only gotta be in there for 2 mins tomar morning and
        leave out with 26k
A. PECCI: This your new jawn and okay his number 484-587-0207

**SEARCH WARRANT OF CHRISTOPHER PECCI'S PHONE (484-587-0207)**

44.    Agents applied for and were granted a federal search warrant for Christopher

PECCI's phone by the Honorable Craig M. Straw on July 25, 2023.

a.    On February 23, 2023, Christopher PECCI (484-587-0207) has the

following exchange of text messages with Kameer CRYOR a.k.a "Six" (424)

469-6344.

C. PECCI: "U got ne gas ??? I need sum good tree in my life bro lol my
        yb grabbed this like hemp bud online been burning that but I'm
        off it now tht sht  fr lol"
CRYOR: "Lol yeah I got some for you"
C. PECCI: "Bet" "U need ne thing like wraps I roll joints most tmtikev"
CRYOR: "That hemp weed nasty asshit n if you gotta any guns lmk too"
        "Just a sprite soda"
C. PECCI: "Gotcha nothing new yet lol just them jawns we brought over .
        Ok"
CRYOR: "Sparks said you brought over a small ass Jawn yesterday"
        "Like pocket rocket"

C. PECCI: "His vision getting bad in his old age lol its smaller than a
standard but i wouldn't categorize it as a pocket rock …he was
hype 4 he even seen the whole jawn come out lol I go " u want
something like this,,," nodding his head all crazy haha"
C. PECCI: "Prollyngon have a real lil 380 in the coming week tho"
CRYOR: "Lol oh ard cool yeah he be tripping"

b.      The following is a screen shot of a video recovered from Christopher

PECCI's phone depicting Alexander PECCI hanging the Century International

Arms M72 rifle, bearing serial number M7201813, stolen from Backwoods

Outfitters on January 29, 2023, on the basement wall of 131 South Charlotte

Street, Pottstown, Pennsylvania. Christopher PECCI can be heard speaking from

behind the camera. The rifle was recovered by ATF on March 10, 2023, following

the execution of a federal search warrant at 131 South Charlotte Street Pottstown,

Pennsylvania.



27

     c.     On February 13, 2023, Christopher PECCI (484-587-0207) has the

following exchange of text messages with Kameer CRYOR a.k.a "Six" (267-366-

4367).

     CRYOR: "You got any choppas" "And what other handguns you got"
     C. PECCI: "No whip so nah but got a k for 8"



     C. PECCI: "Classic jawn lol" "What time u gon b around"

     45.     The following is a screen shot of a video recovered from Christopher PECCI's

phone depicting Alexander PECCI manipulating the Ruger Precision Rimfire rifle, stolen from

Shoot Angry Inc. on January 15, 2023, in the basement of 131 South Charlotte Street, Pottstown,

Pennsylvania. Christopher PECCI can be heard speaking from behind the camera. The rifle was

recovered by ATF on March 10, 2023, following the execution of a federal search warrant at 131

South Charlotte Street Pottstown, Pennsylvania.



46.     The following is a screen shot of a video recovered from Christopher PECCI's phone depicting Christopher PECCI, a convicted felon, manipulating a handgun in the basement of 131 South Charlotte Street, Pottstown, Pennsylvania.



47.     The following is a screen shot of a video recovered from Christopher PECCI's phone depicting Christopher PECCI, a convicted felon, manipulating a handgun while inside a vehicle.



48.     The following is a screen shot of a video recovered from Christopher PECCI's phone depicting Alexander PECCI using a syringe to inject an unknown substance into Christopher PECCI's neck.



## GOOGLE GEOFENCE SEARCH WARRANT

49.        Agents applied for and were granted a federal search warrant for Google

location data by the Honorable Craig M. Straw on April 19, 2023. The data showed two google

accounts belonging to Christopher PECCI in vicinity of Straight Shooters FFL, during the time

of the burglary on February 1, 2023.

50.        Google Account #1 Information:

### C PECCI Google Account Subscriber Information

**Reverse Location Obfuscated ID:**
010101BD56354D9C8E62B5952374688C649F7EF1ACF83D931A7886E30B90D255AACBB93A41A319

**Google Account ID: 58610169503**
    Subscriber Name: Chris PECCI
    Email Address: peccinatorc91@gmail.com
    Created on: 2010-01-27 14:56:48 Z
    Recovery SMS: +14845870207

**Billing Customer Number: 600756188588**
    Billing Name: Chris PECCI
    Email Address: peccinatorc91@gmail.com
    Address 1: Spring City, PA 19475

51.        Google Account #1 Location Data:

C PECCI Google Locations 2/1/2023 from 11:08PM to 11:17PM



52.      Google Account #2 Information:

C PECCI Google Account Subscriber Information

**Reverse Location Obfuscated ID:**
010101BD56354DD6ED144DEB402D8EBFCDD37022FD34CEEE6C8C6F0E6A6F1665514A7FCE81BC1F

**Google Account ID: 1035136827666**
Subscriber Name: Sketchi Clapton
Email Address: menzokenzo1@gmail.com
Created on: 2018-04-10 17:55:16 Z
Recovery SMS: +14845870207

**Billing Customer Number: 480771455541**
Billing Name: Chris PECCI
Email Address: menzokenzo1@gmail.com
Address 1: Stowe, PA 19464
Address 2: 131 South Charlotte Street, Pottstown, PA 19464

53.          Google Account #2 Location Data:

C PECCI Google Locations 2/1/2023 from 11:08PM to 11:17PM



54.          On June 29, 2023, a federal grand jury in the Eastern District of Pennsylvania returned a six-count indictment charging Alexander Pecci with theft of a firearm from a federal firearm licensee, in violation of 18 U.S.C. § 922(u) and possession of stolen firearms, in violation 18 U.S.C. § 922(j) and aiding and abetting those offenses.  On November 8, 2023, Alexander Pecci pled guilty to those offenses.

55.          Based on the above facts I believe there is probable cause to believe that Christopher PECCI conspired with Alexander PECCI to commit theft of a firearm from a federal firearm license, in violation of 18 U.S.C. § 922(u) and possession of stolen firearms, in violation 18 U.S.C. § 922(j).

56.          Comparing C. PECCI's DNA profile to any DNA profile obtained from clothing, tools, gloves, ammunition, firearm parts and accessories and the firearms recovered throughout

the course of this investigation, would provide evidence related to his unlawful possession of the firearms.

57.     Based on the above, I submit that this affidavit supports probable cause for a search warrant authorizing the search and seizure of Christopher PECCI, as described in Attachment, to seek the items described in Attachment B.

_____s/ Kevin Leicht_____
KEVIN LEICHT
*Special Agent*
*Bureau of Alcohol, Tobacco,*
*Firearms & Explosives*

Sworn to and Subscribed to before me
this 22<u>nd</u> day of <u>February</u>, 2024.

Jose R.
Arteaga

Digitally signed by Jose R.
Arteaga
Date: 2024.02.22 10:34:57
-05'00'

_____
HONORABLE JOSÉ R. ARTEAGA
*United States Magistrate Judge*
*Eastern District of Pennsylvania*

## **ATTACHMENT A**

Christopher PECCI, a male with a date of birth of February 6, 1991, an FBI number of 381879HD8, and pictured below.



## **ATTACHMENT B**

Oral secretion (epithelial cells) by rubbing cotton swabs against the inner cheek lining of the person in Attachment A's mouth cavity, in sufficient quantity for scientific examination and comparison for DNA typing and DNA comparison.